IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01481-GPG

RICKIE ALLEN WILSON, Next of Friend of Parker James Wilson, and
PARKER JAMES WILSON.

      Plaintiffs,

v.

ROBIN SIX, In her Personal and Private Capacity, and in her Professional Capacity as
      Manager of Properties Owned by the Norma J. McComas Trust, and
NORMA J. McCOMAS TRUST,

      Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiffs reside in Morrison, Colorado.   Plaintiff Rickie Allen Wilson initiated this action by filing a Complaint and Request for Injunction, ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Short Form), ECF No. 3.   In an order entered on June 20, 2017, Magistrate Judge Gordon P. Gallagher instructed Mr. Wilson that he lacked standing to represent Parker James Wilson, his minor child, in this action.   Magistrate Judge Gallagher also instructed Mr. Wilson to file his claims and his request to proceed without prepaying costs and fees on Court-approved forms.   Mr. Wilson was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

1

On July 5, 2017, Mr. Wilson requested an extension of time to cure the deficiencies.   *See* ECF No. 6.   Magistrate Judge Gallagher granted the request and gave Mr. Wilson up to and including August 4, 2017 to cure.   *See* ECF No. 8.

Mr. Wilson now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed.   The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.   *See Coppedge v. United States*, 369 U.S. 438 (1962).   If Mr. Wilson files a notice of appeal he must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the June 20, 2017 Order, within the time allowed, and for failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.   It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __8th__ day of _____August_____, 2017.

BY THE COURT:

___ s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2