# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01481-LTB

RICKIE ALLEN WILSON, Next of Friend of Parker James Wilson, and
PARKER JAMES WILSON.

    Plaintiffs,

v.

ROBIN SIX, In her Personal and Private Capacity, and in her Professional Capacity as
    Manager of Properties Owned by the Norma J. McComas Trust, and
NORMA J. McCOMAS TRUST,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 8, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 8 day of August, 2017.

                                               FOR THE COURT,

                                               JEFFREY P. COLWELL, Clerk

                                               By: s/ A. Garcia Garcia
                                               Deputy Clerk